UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 23-CR-10072-LTS |
| | ) |
| COREY DAIGLE AND | ) |
| GUSTAVO ANDRES RODRIGUEZ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America, by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following assets identified in the Indictment, because the Bureau of Alcohol, Tobacco, Firearms, and Explosives administratively forfeited the assets on August 9, 2023 and September 21, 2023:

a. Machine gun barrel and receiver with serial number: 2036911;

b. Machine gun bolt with no serial number;

c. A PTR Industries, model PTR91, .308 caliber, short-barrel rifle bearing serial number DK04648, with a machine gun conversion device, bearing serial number ESHK5101;

d. A STEN 9x19mm machine gun with no serial number;

e. Two machine gun conversion devices with no serial numbers; and

f. A McKay Enterprises RMUZ-09, 9mm para (UZI) with serial number: RMU03255;

2

                                                  Respectfully submitted,

                                                  JOSHUA S. LEVY
                                                  Acting United States Attorney

                               By:     /s/ *Carol E. Head*
                                                  CAROL E. HEAD
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3100
Dated: April 9, 2024                             carol.head@usdoj.gov